IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Hilario Becerra, individually and all other similarly situated persons, known and unknown, Plaintiff<br><br>v.<br><br>Pete's Lawn Care, Inc. and Peter Lonosky, Individually, Defendants | 16-cv-07887<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sidney I. Schenkier |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.


Respectfully submitted,


*s/Susan Best*_____
Susan J. Best
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL  60646

*s/Robert A DeStefano*_____
Robert A De Stefano
Robert A De Stefano & Associates
6547 Cermack Rd. #1
Berwyn, IL 60402